IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| JARED WALL,<br><br>Plaintiff,<br><br>vs.<br><br>TANNER CLINIC, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 1:16-CV-046 DB |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on January 18, 2017, recommending that Defendants' Motions to Dismiss be granted and the remaining motions be denied or deemed moot.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

1

Recommendation and GRANTS the Defendants' Motions to Dismiss. The remaining motions are DENIED or otherwise DEEMED MOOT.

    IT IS SO ORDERED.

    Dated this 10th day of February, 2017.

                                        Dee Benson
                                        United States District Judge